JOHN F. CHAMBERLIN, PLAINTIFF IN ERROR, AND EMMA Q. STANLEY, DEFENDANT IN ERROR.

In error to the Supreme Court.

For the plaintiff in error, *Cortlandt Parker*.

For the defendant in error, *W. H. Lyon* and *W. H. Vredenburgh*.

Blundell v. Hatrick.

PER CURIAM.  The judgment of the Supreme Court is affirmed, for the reasons given by that court.  10 *Vroom* 565.

*For affirmance*—THE CHANCELLOR, REED, CLEMENT, LATHROP, LILLY, WALES.   6.

*For reversal*—DIXON, WOODHULL, GREEN.   3.